UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JOYCE CHAFFIN, Plaintiff | § § § | CIVIL ACTION |
| vs. | § § § | No. 5:07-cv-00031 |
| COMMERCIAL RECOVERY SYSTEMS, INC., Defendant | § § § § | JURY |

## ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff has filed a Notice of Voluntary Dismissal Without Prejudice. Accordingly, this case is DISMISSED without prejudice.

SO ORDERED.

SIGNED this 29th day of July, 2008.

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE